AO 442 (Rev. 11/11) Arrest Warrant

FID# 11365859

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

Case: 1:23-mj-63
Assigned To: Magistrate Judge Zia M. Faruqui
Date: 3/22/2023
Description: Rule 5 Arrest Warrant

United States of America
v.

Angelo Deon Slaughter
*Defendant*

Case No. 3:22-mj

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Angelo Deon Slaughter,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
knowingly and willfully moving or traveling in interstate or foreign commerce with the intent to avoid prosecution for the crime of Robbery with a Dangerous Weapon and Conspiracy to Commit Robbery with a Dangerous Weapon, which are felony violations under the laws of the State of North Carolina

in violation of 18 U.S.C. § 1073: Flight to Avoid Prosecution

Signed: April 14, 2022

Date: 04/14/2022

David S. Cayer
United States Magistrate Judge

City and state: Charlotte, NC

David S. Cayer, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/20/2023, and the person was arrested on *(date)* 3/22/2023
at *(city and state)* Washington DC.

Date: 3/22/2023

*Arresting officer's signature*

Alex Adkins  DUSM
*Printed name and title*